**Foday SILLAH, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–73857.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 4, 2007.

Filed Sept. 3, 2009.

Vicky Dobrin, Esquire, Hilary Han, Dobrin & Han, PC, Seattle, WA, for Petitioner.

Matt Crapo, Walter Manning Evans, Esquire, Richard M. Evans, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Natu-ralization Service, Office of the District Counsel, Seattle, WA, for Respondent.

BEFORE: McKEOWN and CLIFTON, Circuit Judges, and SCHWARZER,* District Judge.

**ORDER**

A majority of the panel votes to grant, in part, the petition for rehearing. The memorandum disposition filed on March 19, 2009, 320 Fed.Appx. 503, is amended. An amended memorandum disposition will be filed concurrently with this order. A petition for rehearing directed toward the amended memorandum may be filed.